AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BONNIE L. COOK,**

    **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-07-330**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

   **Pursuant to the ORDER filed September 29, 2008, JUDGMENT is hereby entered DISMISSING this action.**

Date: September 29, 2008             JAMES BONINI, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                    (By) Andy F. Quisumbing
                                                    Courtroom Deputy Clerk